United States District Court
Southern District of Texas
**ENTERED**
July 21, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| CESAR FLETCHER, § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. 4:23-CV-04150 |
| § | |
| MARTIN O'MALLEY, *et al.*, § | |
| § | |
| Defendants. § | |

## ORDER

Before the Court is United States Magistrate Judge Yvonne Y. Ho's Memorandum and Recommendation filed on June 30, 2025. Doc. #19. The deadline for filing objections has passed, and no objections have been filed. Pursuant to Federal Rule of Civil Procedure 72(b), the Court has reviewed the Memorandum and Recommendation for clear error. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989). Finding no clear error, the Court adopts the Memorandum and Recommendation in its entirety.

Therefore, Plaintiff Cesar Fletcher's Amended Unopposed Motion for Attorney Fees Pursuant to 28 U.S.C. § 2412 is hereby GRANTED. Doc. #18. As such, Plaintiff is awarded $7,545.33 in attorneys' fees. In accordance with Judge Ho's recommendation, the award is payable only to Plaintiff, but Defendant may send the payment to Plaintiff's counsel

It is so ORDERED.

JUL 1 8 2025
Date

The Honorable Alfred H. Bennett
United States District Judge